## McQUADE v. NEWMAN.

(Supreme Court, Appellate Term. May 19, 1904.)

1. SALES—BREACH OF WARRANTY—MEASURE OF DAMAGES.

   In an action for breach of warranty on the sale of a horse, the measure of damages is the difference in value of the horse at the time of the sale, if it had corresponded with the warranty, and its value with the defect complained of.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Thomas M. McQuade against Henry Newman. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and TRUAX and SCOTT, JJ.

Louis Bernstein, for appellant.

Thomas J. Purdy, for respondent.

PER CURIAM. This action was brought to recover damages for breach of warranty upon the sale of a horse. The only testimony given upon the measure of damages was the difference between what the plaintiff paid for the animal and the sum for which it was subsequently sold, whether at public or private sale does not clearly appear.

The measure of damages in cases of a breach of warranty is the difference between the value of the article at the time of the sale, if it had corresponded with the warranty, and its value with the defect complained of. Muller v. Eno, 14 N. Y. 597. This rule not being followed, the judgment must be reversed.

Judgment reversed. New trial ordered, with costs to the appellant to abide the event.

¶ 1. See Sales, vol. 43, Cent. Dig. § 1285.